# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> SANDEEP SINGH, <br><br> Defendant | Case No. 18-MJ-10819-DMS <br><br> **ORDER AND JUDGMENT GRANTING MOTION TO DISMISS WITHOUT PREJUDICE** |

IS HEREBY ORDERED that the United States' Motion to Dismiss the charges under the above-referenced case number currently pending against the Defendant, SANDEEP SINGH, be granted. The dismissal shall be without prejudice.

**SO ORDERED.**
Dated: October 25, 2018

_____
Hon. Dana M. Sabraw
United States District Judge