# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: 18-mj-10819-DMS |
|---|---|
| v. | ) |
| Sandeep Singh, Defendant. | ) **Order Dismissing with Prejudice** |

Upon motion of the Defendant Sandeep Singh, without opposition from the government, and with good cause shown, the above-captioned case is hereby dismissed **with prejudice**.

DATED: January 31, 2019

**SO ORDERED.**

_____
HON. LARRY ALAN BURNS
CHIEF UNITED STATES DISTRICT JUDGE